1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES C. CANFIELD,

11              Petitioner,                    No. CIV S 07-1640 LKK GGH P

12       vs.

13   BUTTE COUNTY SUPERIOR COURT,

14              Respondent.                    <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On December 20, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed a document entitled "objections to the magistrate judge's findings and

23   recommendations."[1]

24   _____

25       [1] Although petitioner's counsel has filed what purports to be objections, petitioner therein
     expressly "does not dispute the merits of the Magistrate Judge's Findings and
26   Recommendations," but avowedly simply wishes to clarify why the petition was not served on
     respondent.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2 304, this court has conducted a de novo review of this case.  Having carefully reviewed the

3 entire file, the court finds the findings and recommendations to be supported by the record and

4 by proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed December 20, 2007, are adopted in

7 full; and

8    2.  The application for a writ of habeas corpus is summarily dismissed.

9 DATED: April 15, 2008

/canf1640.805hc

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT